**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Benny Meshell
WNC Dogwood D-2 DOC No. 127893
P. O. Box 1435
Winnfield LA 71483

**REHEARING ACTION: January 27, 2016**

**Docket Number: 15   00707-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BENNY MESHELL**

**Writ Application from Sabine Parish Case No. 39306**

**BEFORE JUDGES:**

**Hon. Marc T. Amy**
**Hon. Shannon J. Gremillion**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Benny Meshell** is:

> **REHEARING DENIED**.  Relator may not seek a rehearing in this matter, as
> this court denied his writ application.  Uniform Rules – Courts of Appeal, Rule
> 2-18.7.  The proper method to seek review of claims asserted in *State v.
> Meshell*, 15-707 (La.App. 3 Cir. 9/22/15) (unpublished opinion), is by filing a
> writ application correcting the deficiencies noted in this court's ruling therein.

cc: Hon. Don M. Burkett, Counsel for  the Respondent